1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                             EASTERN DISTRICT OF CALIFORNIA
10
11   HUSSEIN ALI KIETTY,                         1:13-cv-00312-SAB (PC)
12           Plaintiff,
                                                 ORDER DENYING MOTION FOR
13   vs.                                         APPOINTMENT OF COUNSEL
14   A. WALKER, et al.,                          (ECF No. 2)
15           Defendants.
16   _____/

17          Plaintiff Hussein Ali Kietty ("Plaintiff") is a state prisoner proceeding pro se in a civil
18   rights action pursuant to 42 U.S.C. § 1983. On March 5, 2013, Plaintiff filed a motion seeking
19   the appointment of counsel. (ECF No. 2.)
20          Plaintiff does not have a constitutional right to the appointment of counsel in this action.
21   Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353
22   (9th Cir. 1981). The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C.
23   § 1915(e)(1), but it will do so only if exceptional circumstances exist. Palmer, 560 F.3d at 970;
24   Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). In making this determination, the
25   Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to
26   articulate his claims pro se in light of the complexity of the legal issues involved. Palmer 560
27   F.3d at 970 (citation and quotation marks omitted); Wilborn, 789 F.2d at 1331. Neither
28   consideration is dispositive and they must be viewed together. Palmer 560 F.3d at 970 (citation

1 and quotation marks omitted); <u>Wilborn</u> 789 F.2d at 1331.

2     In the present case, the Court does not find the required exceptional circumstances exist at this time. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. The Court is faced with similar cases almost daily.

6     Therefore, Plaintiff's request for the appointment of counsel is HEREBY DENIED, without prejudice.

8     IT IS SO ORDERED.

9     Dated:   **March 6, 2013**

                                                                UNITED STATES MAGISTRATE JUDGE