UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. WALKER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>[ECF No. 17] |

　　　　Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 17, 2014, Plaintiff filed a motion for leave to file an amended complaint. The request was served electronically on defense counsel.

　　　　Defendants are hereby directed to file a response to Plaintiff's motion within **ten (10)** days from the date of service of this order. See Local Rule 230(l).

IT IS SO ORDERED.

Dated:  **August 18, 2014**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1