UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. WALKER, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE AN AMENDED COMPLAINT<br><br>[ECF No. 17] |

    Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On July 17, 2014, Plaintiff filed a motion for leave to file an amended complaint. On August 27, 2014, Defendants filed a response and do not oppose Plaintiff's request to file an amended complaint.

    Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, Defendants filed a responsive pleading on May 30, 2014, and therefore consent by the opposing party or leave of court is necessary to amend the complaint.

///

1

1      As previously stated, Defendants filed a response to Plaintiff's motion requesting leave and do
2   not oppose the filing of an amended complaint by Plaintiff. (ECF No. 21.)  Accordingly, the Court
3   will grant Plaintiff's request to file an amended complaint.
4      Plaintiff is advised that Local Rule 220 requires that an amended complaint be complete in
5   itself without reference to any prior pleading.  As a  general rule, an amended complaint supersedes
6   the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once Plaintiff files an
7   amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an
8   amended complaint, as in an original complaint, each claim and the involvement of each defendant
9   must be sufficiently alleged.
10     In addition, the Court is required, and will, screen any amended complaint filed by Plaintiff
11  pursuant to 28 U.S.C. § 1915(a) and dismiss the amended complaint or any portion thereof that is
12  legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks
13  monetary relief from a Defendant who is immune from such relief.  28 U.S.C. § 1915(b)(1), (e)(2).
14  Furthermore, after the filing of any amended complaint, Defendants are relieved of the obligation to
15  file a response to the amended complaint unless and until ordered to do so by the Court.
16     Based on the foregoing,
17     IT IS HEREBY ORDERED that:
18     1.   Plaintiff's motion to file an amended complaint is GRANTED;
19     2.   Plaintiff shall file any amended complaint within thirty (30) days from the date of
20          service of this order;
21     3.   Defendants are relieved of the obligation to file a response to any amended complaint
22          unless and until ordered to do so by the Court; and
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4. Failure to file an amended complaint within the thirty day time frame will result in the action proceeding on the original complaint filed March 5, 2013.

IT IS SO ORDERED.

Dated: **August 28, 2014**

UNITED STATES MAGISTRATE JUDGE