UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>    Plaintiff,<br><br>v.<br><br>A. WALKER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DIRECT DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT<br><br>[ECF No. 29] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 17, 2014, Plaintiff filed a motion requesting the Court to direct Defendants to file a response to Plaintiff's amended complaint.

Plaintiff correctly points out that on October 7, 2014, the Court directed Defendants to file a response to Plaintiff's first amended complaint within thirty days from the date of service.

On November 5, 2014, Defendants timely filed an answer to the first amended complaint. Because Defendants responded timely to Plaintiff's first amended complaint, Plaintiff's present motion must be DENIED.

IT IS SO ORDERED.

Dated:   **November 19, 2014**

UNITED STATES MAGISTRATE JUDGE

1