1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   HUSSEIN ALI KIETTY,                    )   Case No.: 1:13-cv-00312-LJO-SAB (PC)
                                            )
12              Plaintiff,                   )
                                            )   ORDER DENYING PLAINTIFF'S MOTION
13          v.                               )   TO COMPEL
                                            )
14   A. WALKER, et al.,                      )   [ECF No. 36]
                                            )
15              Defendants.                  )
                                            )
16   _____  )

17          Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          On May 4, 2015, Plaintiff filed a motion to compel discovery.  Defendants filed an opposition

20   on May 15, 2015.  The motion is deemed submitted to the Court for review pursuant to Local Rule

21   230(l).

22          Plaintiff seeks to compel Defendants to respond to his request for interrogatories sent on

23   February 2, 2015.

24          Pursuant to the Court's June 2, 2014, discovery and scheduling order, the deadline for

25   completion of all discovery, including motions to compel, was set for February 2, 2015.  (ECF No.

26   16.)  Pursuant to this order, responses to written discovery requests are due forty-five days after the

27   request is first served.  (Id.)  In this instance, the last day to serve discovery requests was December

28   19, 2014, to allow for the forty-five day response period.  (Id.)

                                               1

Although Plaintiff requested an extension of the discovery deadline, the request was denied on the basis that Plaintiff failed to present good cause for such extension.  (ECF Nos. 32, 33.)  Therefore, discovery concluded on February 2, 2015.  Plaintiff did not propound his discovery in a timely manner by following the procedure as outlined in the Court's June 2, 2014, order.  Accordingly, Plaintiff's discovery request was untimely, and the motion to compel must be DENIED.

IT IS SO ORDERED.

Dated:   **June 2, 2015**

UNITED STATES MAGISTRATE JUDGE