UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>       Plaintiff,<br><br>   v.<br><br>A. WALKER, et al.,<br><br>       Defendants. | Case No.: 1:13-cv-00312-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION AND OFFER OF SETTLEMENT<br><br>[ECF No. 51] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 1, 2016, Plaintiff filed a motion and offer of settlement.  Plaintiff's motion shall be denied because an offer of settlement does not require court involvement and is not appropriately filed with the court. Plaintiff is free to provide an offer to the Defendants without court involvement.  Accordingly, Plaintiff's motion and offer of settlement is DENIED.

IT IS SO ORDERED.

Dated:   **February 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1