# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>          Plaintiff,<br><br>     v.<br><br>A. WALKER, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-00312-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT RUMBLES TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS FILED FEBRUARY 1, 2016<br><br>[ECF No. 50] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's claim of excessive force against Defendants Deathriage, Duty, Walker, Brumbaugh, Silva, Astorga, and Rumbles.

On November 5, 2014, Defendants Deathriage, Duty, Walker, Brumbaugh, Silva, and Astorga filed an answer to the complaint. (ECF No. 28.) Defendant Rumbles filed an answer to the complaint on October 6, 2015. (ECF No. 46.)

On February 1, 2016, Plaintiff filed a motion to dismiss Defendant Rumbles from this action. (ECF No. 50.) Defendant Rumbles has not filed an opposition or statement of non-opposition to

///
///
///
///
///
///

1

1  Plaintiff's motion.  Accordingly, within **twenty (20)** days from the date of service of this order,
2  Defendant Rumbles shall file an opposition or statement of non-opposition to Plaintiff's motion
3  pursuant to Local Rule 230(l).
4
5  IT IS SO ORDERED.
6  Dated:    **February 25, 2016**
7                                                                  UNITED STATES MAGISTRATE JUDGE

2