# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY, | Case No.: 1:13-cv-00312-DAD-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DIRECTING THAT PLAINTIFF BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| v. | |
| A. WALKER, et al., | |
| Defendants. | |
| | [ECF No. 60] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 22, 2016, the undersigned conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to a Writ of Habeas Corpus Ad Testificandum. The settlement conference has concluded and Plaintiff Hussein Ali Kietty is no longer needed as a participant in this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is DISCHARGED and Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:   **June 23, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1