UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>   Plaintiff,<br><br>   v.<br><br>A. WALKER, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-00312-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY AND/OR RETURN OF EXHIBITS PREVIOUSLY FILED WITH THE COURT<br><br>[ECF No. 69] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 5, 2016, Plaintiff filed a request for a copy of the exhibits previously filed with the Court in support of his opposition to Defendants' motion to modify the scheduling order and motion for summary judgment. (ECF No. 69.)

Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge. Furthermore, there are numerous exhibits attached to Plaintiff's opposition, including

1

several court orders, and Plaintiff does not reference which "exhibits" he seeks to obtain a copy of and the Court cannot discern from the conclusory nature of Plaintiff's motion which specific exhibits he is requesting. Nor does Plaintiff indicate the reason why he is in need of a copy of such exhibits. Accordingly, Plaintiff's motion for a copy of legal documents is DENIED.

IT IS SO ORDERED.

Dated:   **July 6, 2016**

UNITED STATES MAGISTRATE JUDGE