# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. WALKER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER SETTING TELEPHONIC TRIAL CONFERENCE HEARING ON **OCTOBER 31, 2016, AT 10:30 A.M.** |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  ECF Nos. 6 & 75; Local Rule 302.

This action proceeds on Plaintiff's failure to protect claim against Defendants Walker, Deathriage, Rumbles, and Silva, excessive force claim against Defendants Walker, Asotrga, Deathriage, Brumbaugh, Silva, and Astorga, and retaliation claim against Defendants Deathriage and Silva.  The case is ready to be scheduled for jury trial before the undersigned.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on Monday, **October 31, 2016 at 10:30 a.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **October 21, 2016**

UNITED STATES MAGISTRATE JUDGE