1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF CALIFORNIA**

7 HUSSEIN ALI KIETTY,                              )  Case No.: 1:13-cv-00312-DAD-SAB (PC)
                                                                )
8              Plaintiff,                                       )
                                                                )
9       v.                                                      )  ORDER VACATING TELEPHONIC TRIAL
                                                                )  CONFERENCE HEARING ON OCTOBER 31,
10 A. WALKER, et al.,                                 )  2016, AT 10:30 A.M.
                                                                )
11             Defendants.                              )  [ECF No. 76]
                                                                )
12 _____)

13        Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action

14 pursuant to 42 U.S.C. § 1983.

15        On October 24, 2016, the undersigned issued an order setting a telephonic trial conference

16 hearing on October 31, 2016, at 10:30 a.m., based on the parties' consent to magistrate judge

17 jurisdiction.

18        On October 26, 2016, United States District Judge Dale A. Drozd issued a minute order

19 rejecting Defendants' consent to magistrate judge jurisdiction.

20        Accordingly, it is HEREBY ORDERED that the telephonic trial conference hearing on

21 October 31, 2016, at 10:30 a.m. is HEREBY VACATED.   Should Defendants file a general consent

22 consistent with Judge Drozd's order, a new trial scheduling conference will be set before the

23 undersigned.

24

25 IT IS SO ORDERED.

26 Dated:   **October 27, 2016**                          _____

27                                                                     UNITED STATES MAGISTRATE JUDGE

28