UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. WALKER, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER SETTING TELEPHONIC HEARING TO DISMISS DEFENDANTS' MOTION TO CONTINUE THE TRIAL DATE<br><br>[ECF No. 89] |

    Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302. This case is currently set for jury trial on May 9, 2017.

    On December 23, 2016, Defendants filed a motion to continue the trial date. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing to discuss Defendants' request to continue the trial date.

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **Friday, January 20, 2017, at 10:45 a.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **January 12, 2017**

UNITED STATES MAGISTRATE JUDGE