# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. WALKER, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER SETTING DEADLINE FOR FILING ANY MOTIONS FOR INCARCERATED WITNESSES<br><br>[ECF No. 101] |

    Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.  This case is set for jury trial before the undersigned on August 15, 2017.

    On February 9, 2017, the Court denied, without prejudice, Plaintiff's motion for the attendance of incarcerated witnesses.  (ECF No. 101.)  If Plaintiff desires to file a motion for the attendance of incarcerated witnesses, such motion must be filed on or before **March 15, 2017**, and any opposition to such motion shall be due on or before **March 29, 2017**.  <u>No extensions of time will be granted absent a showing of extraordinary circumstances</u>.

IT IS SO ORDERED.

Dated:   **February 15, 2017**

                                                        UNITED STATES MAGISTRATE JUDGE