In the United States District Court
for the Eastern District of California

FILED
FEB 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Hussain Ali Kiatty,
Plaintiff,

V.

A. Walker, et al,
Defendants.

Case No: 1:13-cv-00312-SAB (PC)

Plaintiff's motion for Attendance of Incarcerated witnesses

Honorable Stanley A. Boone
United States Magistrate Judge

Plaintiff respectfully enters to inform this honorable court witnesses seeking attendance are the following incarcerated persons:

(1) P. Brimmer # 135825 at Kern Valley State Prison (KVSP)
(2) W. Green # 154091 at Kern Valley State Prison (KVSP)
(3) R. Steven Edwards # V13645 at California Correctional facility

Plaintiff's submits limited information carries declarations for incarcerated witnesses, Plaintiff witnesses are eye and ear witnesses, enclosed are declaration for (1) P. Brimmer # 135825 eye and ear witness and W. Green # 154091 eye and ear witness, for witness R. Steven Edwards # V13645 Plaintiff was not able to get the declaration because of being transfer from P.V.S.P to K.V.S.P. witness Edwards he is a eye and ear witness thats willing to testify before the court on Behalf of Plaintiff's case.

The above witnesses are willing to testify on the behalf of Plaintiff and have knowledge of the incident on 05.25.12 is eye and ears witnesses.

Plaintiff respectfully submits this motion under good faith.

Date: February 23, 2017

Respectfully Submitted
Hussain Ali Kiatty
/s/_____
Plaintiff Pro Se

# EXHIBIT A

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Plaintiff. Hussain Ali Kiettd, declare:

I am over 18 years of age and a party to this action. I am a resident of California Correctional Institution Prison.

in the county of Kings

State of California. My prison address is: P.O. Box 1906

Tehachapi, California, 93581

On February, 23, 2017
(DATE)

I served the attached: motion for Incarcerated witnesses, declarations.
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
US District Court eastern
~~Southern~~ District of California
2500 Tulare Street Room 1501, Fresno, ca 93721

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 02.23.17     _____
(DATE)                   (DECLARANT'S SIGNATURE)

Hussein Kietty Ali #G61259
KVSP-D6-207
P.O. Box 5104
Delano, Ca 93216

In the United States District Court
for the Eastern District of California

Hussein K. Ali
    Plaintiff

    vs.

A. Walker, et al.
    Defendants

Case No: 1:13-CV-00312-SAB
Declaration:
P. Brimmer

Declaration under Penalty of Perjury of P. Brimmer. P. Brimmer, being competent to make this declaration and having knowledge of the matter stated therein, declares pursuant to 28 US §1746

1. On May 25/2012, I was housed at Pleasant Valley State Prison. The day that Plaintiff Ali was brutally beaten by Defenders I was housed at Pleasant Valley State Prison- A Facility B-E on that day while paticipating on a regular facility-A mornin Program(YARD), when I saw Defendants slamming, Dragging Plaintiff Ali on the ground, slam him against facility A Program office outside wall. And kicking and punching Plaintiff

On July 19/2012 at D4 Ads e9 P.V.S.P. I seen Plaintiff Ali A he was Bruised, finger broken, Black eye. I ask Plaintiff what happened? then Plaintiff "Stated" that he picked t Injuries up. the day that I seen him getting Beate By Defenders on 5-25/12 at facility A P.V.S.P.

Pursuant to 28. USC §1746. I declare under Penalty of Perjury that the foregoing is true and correct. exec on 9/11/2014

_____
signature

P.35825
CDC#

Hussein Kietty Ali # G61259
K.V.S.P. D6-207
P.O. Box 5104
Delano, Ca 93216

Hussein K. Ali
   Plaintiff
vs.
A. Walker et. al.
   Defendants

In the United States District Court
for the eastern District of California

Case No: 1:13-CV-00312-SI

Declaration:
W. Green

Declaration under Penalty of Perjury of W. Green
W. Green, being competent to make this Declaration And having knowledge of the matters stated therein, declares pursuant to 28 U.S.C §1746

1. On May 25/2012 I was housed at Pleasant Valley State Prison. The day that Plaintiff Ali was Brutaly Beaten By Defenders. I was housed at Pleasant Valley State Prison - A-Facility B-3.
On that day while on my Job Assignments as Yard Crew on A facility morning Program. When I saw Plaintiff Ali Being Brutaly Beaten By Defenders slamming Plaintiff against the wall Punching and dragging Plaintiff Ali on the Ground. Slam him against the facility A-Program of outside wall And ~~kicking and Punching Plaintiff Ali.~~

On July 17/2012 at A4 Adseg P.V.S.P. I seen Plaintiff Ali and he was Bruised, finger Broken, Black eye. I asked Plaintiff Ali what happened? the he stated that he Picked the Injuries up. during the Incident that I seen him getting beaten by Defenders on 5/25/12 at facility P.V.S.P.

Pursuant to 28 U.S.C §1746. I declare under Penalty Per Jury that the foregoing is true and correct. executed on 9/11/2014

*William [signature]*
SIGNATURE
P54091