**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUSSEIN ALI KIETTY,<br><br>            Plaintiff,<br><br>   v.<br><br>A. WALKER, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00312-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION, FILED APRIL 5, 2017<br><br>[ECF No. 106] |

Plaintiff Hussein Ali Kietty is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

This action is proceeding against Defendants Walker, Deathriage, and Silva for failure to protect, against Defendants Walker, Asotrga, Deathriage, Brumbaugh, Silva and Duty for excessive force, and against Defendants Deathriage and Silva for retaliation. The case is set for jury trial before the undersigned on August 15, 2017.

On April 5, 2017, Plaintiff filed a motion for an emergency injunction due to retaliation by Defendants. Plaintiff contends that prison officials have taken his confidential mail pertaining to this matter and photographed all of his legal documents upon order by a supervisor. Based on Plaintiff's allegations and the potential impact such actions may have on this action, the Court hereby orders

1  Defendants to file a response addressing the allegations set forth in Plaintiff's motion within fifteen
2  (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 6, 2017**

UNITED STATES MAGISTRATE JUDGE